IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IRVING C. BOYD,                          :

    Plaintiff,                       :

vs.                                      :       CA 09-0322-WS-C

MICHAEL J. ASTRUE,                       :
Commissioner of Social Security,
                                         :
    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 4, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of January, 2010.

                                       **s/WILLIAM H. STEELE**
                                       **UNITED STATES DISTRICT JUDGE**