# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

IRVING C. BOYD, :

    Plaintiff, :

vs. : CA 09-0322-WS-C

MICHAEL J. ASTRUE, :
Commissioner of Social Security,
                                                                             :

    Defendant.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be affirmed.

**DONE** this 25th day of January, 2010.

                                              **s/WILLIAM H. STEELE**
                                              **UNITED STATES DISTRICT JUDGE**