### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| IRVING C. BOYD, | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-0322-WS-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be affirmed.

**DONE** this 25th day of January, 2010.

      s/WILLIAM H. STEELE
      **UNITED STATES DISTRICT JUDGE**